\*\* E-filed March 28, 2010 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LAURA GENS,

    Plaintiff,

v.

WACHOVIA MORTGAGE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; WORLD SAVINGS BANK FSB; WACHOVIA MORTGAGE FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; and DOES 1–20, inclusive;

    Defendants.
_____/

No. C10-01073 HRL

**ORDER REASSIGNING CASE TO A DISTRICT COURT JUDGE**

On March 18, 2010, defendants removed this case to from Santa Clara County Superior Court. Upon removal, plaintiff filed an application for an Order to Show Cause and a Temporary Restraining Order. (Docket No. 5.) Because plaintiff has requested immediate injunctive relief where no party has consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear this motion. Accordingly, this court ORDERS the Clerk of the Court promptly to reassign this case to a district court judge. *See* 28 U.S.C. § 636.

Dated: March 18, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 10-01073 HRL Notice will be electronically mailed to:**

Yaw-Jiun Wu    gwu@afrct.com, emunnerlyn@afrct.com

**Notice will be sent by other means to:**

Laura Gens
4141 Old Trace Road
Palo Alto, CA 94306

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**