**E-Filed 4/8/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS,<br><br>            Plaintiff,<br><br>      v.<br><br>WACHOVIA MORTGAGE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; WORLD SAVINGS BANK, FSB; WACHOVIA MORTGAGE, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., and DOES 1-20 inclusive,<br><br>            Defendants. | Case Number CV10-01073 JF (HRL)<br><br>ORDER[1] RE MEDIATION<br><br>[re: docket no. 30] |

On March 25, 2010, the Court continued the hearing on Plaintiff's motion for a preliminary injunction to April 16, 2010 and directed the parties to schedule a settlement conference before Magistrate Judge Lloyd prior to that date.

Defendants Wachovia Mortgage, a division of Wells Fargo Bank, N.A. ("Wachovia") and Golden West Savings Association Service Co. ("Golden West") seek to modify this schedule based upon Judge Lloyd's unavailability prior to April 16. Defendants also have applied for an

---

[1] This disposition is not designated for publication in the official reports.

order compelling the parties to mediate the case before Nancy Warren, Esq., or another available mediator at JAMS in San Francisco prior to April 16, 2010. Wachovia has offered to pay all fees and costs billed by JAMS for the mediation. In her response to Defendants' motion, Plaintiff consents to private mediation at Wachovia's cost, but objects to the San Francisco location in light of her employment in Santa Clara.

Based upon Judge Lloyd's unavailability prior to April 16 and Plaintiff's consent to private mediation, the Court hereby directs the parties to mediate this case before an available mediator at JAMS prior to April 16, 2010. In light of Plaintiff's employment in Santa Clara, the Court directs the parties to select an available mediator at the JAMS office in San Jose. Wachovia shall pay all fees and costs billed by JAMS for the mediation.

**IT IS SO ORDERED.**

DATED: April 8, 2010

```
                                        _____
                                        JEREMY FOGEL
                                        United States District Judge
```

A copy of this order has been served upon the following persons:

1  Laura Gens
   4141 Old Trace Road
2  Palo Alto, CA 94306
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case Number CV10-01073 JF (HRL)
ORDER RE MEDIATION
(JFLC1)