**E-Filed 4/27/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS,<br><br>        Plaintiff,<br><br>    v.<br><br>WACHOVIA MORTGAGE CORPORATION, CAL-WESTERN RECONVEYANCE CORPORATION, WORLD SAVINGS BANK FSB, WACHOVIA MORTGAGE FSB, GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., FINANCIAL TITLE COMPANY, and DOES 1-100, inclusive,<br><br>        Defendants. | Case Number C 10-1073 JF (HRL)<br><br>**ORDER DENYING WACHOVIA'S APPLICATION TO SUPPLEMENT ITS BRIEFING**<br><br>Re: Docket No. 37 |

      Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., ("Wachovia") moves for leave to supplement its briefing in opposition to Plaintiff Laura Gens's motion for a preliminary injunction. It seeks to present additional argument with respect to two issues: (1) the value of the subject property; and (2) Plaintiff's alleged unclean hands. Wachovia claims that the Court's reference to the value of the property at the hearing on April 16, 2010 prompted it to examine public records to ascertain that value, and that its investigation led it to discover the basis of an unclean hands argument.

The Court raised the value of the property at the hearing for the sole purpose of encouraging the parties to participate in alternative dispute resolution. The parties agreed to participate in further settlement discussions with Magistrate Judge Lloyd on April 30. Wachovia does not articulate its unclean hands argument or otherwise show good cause to supplement its briefing. Accordingly, the instant application is DENIED.

**IT IS SO ORDERED.**

DATED: 4/27/2010

_____
JEREMY FOGEL
United States District Judge