UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS | Case No. CV10-01073 JF |
| Plaintiff, | |
| vs. | ORDER GRANTING LEAVE TO FILE DECLARATION RE LOAN REINSTATEMENT |
| WACHOVIA MORTGAGE CORPORATION; CAL-WESTERN RECONVEYANCE CORPORATION; WORLD SAVINGS BANK, FSB; WACHOVIA MORTGAGE, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., and DOES 1-20 inclusive, | Date:  May 7, 2010<br>Time:  9:00 a.m.<br>Crtrm:  3 |
| Defendants. | |

The Court, having reviewed defendant Wachovia's ex parte application to file a declaration from its counsel attesting to an error in the loan reinstatement figures provided at the May 7 hearing, and for good cause shown:

**IT IS HEREBY ORDERED**

    1.    The declaration of defendant's counsel shall be filed;

    2.    That Wachovia's employee, Bonnie Ransom, shall file a supplemental declaration no later than __May 14, 2010_____ attesting to the updated loan arrearages.

Dated:  __May 12_____, 2010

_____
THE HONORABLE JEREMY FOGEL