UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS, | Case No.: 10-CV-01073-LHK |
| Plaintiff, | ORDER VACATING HEARING ON DEFENDANTS' MOTIONS AND VACATING CASE MANAGEMENT CONFERENCE |
| v. | |
| WACHOVIA MORTGAGE CORP., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court deems Defendants' motion to dismiss [dkt. #49] and motion to strike [dkt. #51] suitable for decision without oral argument. Accordingly, the Court vacates the motion hearing currently set for December 9, 2010 at 1:30 p.m. The Court also vacates the Case Management Conference scheduled to follow the December 9, 2010 motion hearing. A written order will be issued by the Court.

**IT IS SO ORDERED.**

Dated: December 6, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01073-LHK
ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE