United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS, | ) Case No.: 10-CV-01073-LHK |
| Plaintiff, | ) ORDER SETTING BRIEFING |
| v. | ) SCHEDULE REGARDING |
| | ) DEFENDANTS' MOTION FOR |
| WACHOVIA MORTGAGE CORP., et al., | ) ATTORNEY'S FEES |
| Defendants. | ) (re: dkt. #73) |
| | ) |

In an Order dated May 10, 2011, the Court granted Defendants' motion to dismiss Plaintiff's third amended complaint with prejudice and directed the Clerk to close the file. *See* May 10, 2011 Order [dkt. #72]. On May 24, 2011, Defendants Wachovia Mortgage, FSB and World Savings Bank filed a motion for an award of attorney's fees. *See* Dkt. #73. The attorney's fees motion is noticed for a hearing on September 1, 2011. The Court finds an expedited briefing schedule appropriate.

Accordingly, Plaintiff's opposition is due by Friday, July 1, 2011, and Defendants' reply is due by Friday, July 8, 2011.

**IT IS SO ORDERED.**

Dated: June 1, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01073-LHK
ORDER SETTING BRIEFING SCHEDULE