1  LAURA GENS
   4141 Old Trace Road
2  Palo Alto, CA 94306
   Telephone: (650) 949-4880
3  Facsimile: (650) 949-4889

4  In Pro Per

FILED

2011 JUN -9  A 10: 32

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LAURA GENS,

   Plaintiff,

v.

WACHOVIA MORTGAGE CORPORATION, CAL-WESTERN RECONVEYANCE CORPORATION, WORLD SAVINGS BANK FSB, WACHOVIA MORTGAGE FSB, GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., and DOES 1-20, inclusive,

   Defendants.

CASE NO. CV-10-01073-LHK

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Laura Gens in the above named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered on May 10, 2011 dismissing Plaintiff's Complaint with prejudice.

Dated: June 8, 2011

_____
Laura Gens
Plaintiff
In Pro Per

NOTICE OF APPEAL

CERTIFICATE AND PROOF OF SERVICE

I am a citizen of the United States and I am over the age of eighteen years and not a party to the within entitled action. On June 9, 2011 I caused the following document(s)

Notice of Appeal

to be sent to Mr. Yaw-Jiun Wu of Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP. at 199 S. Los Robles Avenue, Suite 600, Pasadena, CA 91101 representing Wachovia/Wells Fargo at facsimile number 626-577-7764

And

To be sent to Robin Prema Wright of Wright Finlay & Zak, LLP, 4665 MacArthur Court, Suite 280 Newport Beach, CA 92660 at facsimile number 949-477-9200.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Palo Alto, CA on June 9, 2011.

*Timothy H. Gens*

Timothy Gens

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611009830
Cashier ID: harwellt
Transaction Date: 06/09/2011
Payer Name: Laura Ann Gens
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Laura Gens
 Case/Party: D-CAN-5-10-CV-001073-001
 Amount:         $455.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 154
 Amt Tendered:  $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

Case # 10-cv-1073-LHK

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```