UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS, | Case No.: 10-CV-01073-LHK |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO STAY; GRANTING IN PART MOTION FOR EXTENSION OF TIME |
| v. | |
| WACHOVIA MORTGAGE CORP., et al., | |
| Defendants. | (re: dkt. #78 and #79) |

In an Order dated May 10, 2011, the Court granted Defendants' motion to dismiss Plaintiff's third amended complaint with prejudice and directed the Clerk to close the file. *See* May 10, 2011 Order [dkt. #72]. On May 24, 2011, Defendants Wachovia Mortgage, FSB and World Savings Bank filed a motion for an award of attorney's fees. *See* Dkt. #73. With respect to the motion for attorneys' fees, the Court set the following briefing schedule: Plaintiff's opposition is due by Friday, July 1, 2011, and Defendants' reply is due by Friday, July 8, 2011. *See* Dkt. #76. The hearing on the attorneys' fees motion is set for September 1, 2011 at 1:30 p.m.

On June 9, 2011, Plaintiff filed a notice of appeal and requested that Defendants' motion for attorneys' fees be stayed pending that appeal. *See* Dkts. #78 and #79. Plaintiff also requested an extension of the briefing schedule.

Plaintiff's motion to stay is DENIED. This Court retains jurisdiction over Defendants' motion for attorney's fees despite Plaintiff's appeal. *See Masalosalo v. Stonewall Ins. Co.*, 718 F.2d 955, 957 (9th Cir. 1983) ("The district court retained the power to award attorneys' fees after

1   the notice of appeal from the decision on the merits had been filed."). Should Plaintiff appeal the
2   Court's ruling on the motion for attorney's fees, the appeals may be consolidated. *Id*. at 957 ("If a
3   district court decides a fee issue early in the course of a pending appeal on the merits, and the fee
4   order is appealed, the appeals may be consolidated.").

5       The Court, however, will grant a one-week extension of the briefing schedule on the motion
6   for attorneys' fees. Accordingly, Plaintiff's opposition is now due by Friday, July 8, 2011, and
7   Defendants' reply is now due by Friday, July 15, 2011. The hearing on the motion remains set for
8   September 1, 2011 at 1:30 p.m.

9   **IT IS SO ORDERED.**

11  Dated: June 15, 2011

                _____
                LUCY H. KOH
                United States District Judge

**United States District Court**
**For the Northern District of California**

2
Case No.: 10-CV-01073-LHK
ORDER DENYING MOTION TO STAY; GRANTING IN PART MOTION FOR EXTENSION OF TIME