**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS, | Case No.: 10-CV-01073-LHK |
| Plaintiff, | ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME |
| v. | |
| WACHOVIA MORTGAGE CORP., et al., | (re: dkt. #82) |
| Defendants. | |

In an Order dated June 15, 2011, the Court denied Plaintiff's motion to stay, but granted

Plaintiff an extension to July 8, 2011 to file her opposition to Defendants' motion for attorney fees.

*See* Dkt. #81.  On July 7, 2011, just one day before her deadline to file the opposition, Plaintiff

filed another motion for extension of time, requesting "21 days so that Plaintiff's motion for a stay

of the proceedings filed in the Court of Appeals for the Ninth Circuit can be ruled on by that

Court."  *See* Dkt. #82.

As noted in the Court's June 15, Order:

> This Court retains jurisdiction over Defendants' motion for attorney's fees
> despite Plaintiff's appeal. *See Masalosalo v. Stonewall Ins. Co.*, 718 F.2d
> 955, 957 (9th Cir. 1983) ("The district court retained the power to award
> attorneys' fees after the notice of appeal from the decision on the merits
> had been filed.").  Should Plaintiff appeal the Court's ruling on the motion
> for attorney's fees, the appeals may be consolidated. *Id*. at 957 ("If a district
> court decides a fee issue early in the course of a pending appeal on the merits,
> and the fee order is appealed, the appeals may be consolidated.").

1

Case No.: 10-CV-01073-LHK
ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME

1  *See* Dkt. #81 at 1-2.

2        Thus, Defendants' motion for attorney fees was not stayed pending Plaintiff's appeal, and

3  Plaintiff's opposition, if any, should be filed on July 8, 2011 as ordered by the Court.  In light of

4  her *pro se* status, however, the Court will grant Plaintiff one final extension of time to file an

5  opposition to Defendants' motion for attorney's fees.  Accordingly, Plaintiff's opposition is now

6  due by Wednesday, July 20, 2011, and Defendants' reply is now due by Wednesday, July 27, 2011.

7  The hearing on the motion remains set for September 1, 2011 at 1:30 p.m.  Further requests for

8  extension of time are strongly disfavored.

9  **IT IS SO ORDERED.**

10

11  Dated:  July 7, 2011                                        *Lucy H. Koh*

12                                                                    LUCY H. KOH
                                                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 10-CV-01073-LHK
ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME

United States District Court
For the Northern District of California