IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS,<br><br>           Plaintiff(s),<br>     v.<br><br>CAL-WESTERN RECONVEYANCE CORP, et. al.,<br><br>           Defendant(s).<br>_____/ | CASE NO. 5:12-cv-05947 EJD<br><br>**ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Lucy H. Koh for a determination as to whether this case is related to <u>Gens v. Wachovia Mortgage Corporation</u>, Case No. 5:10-cv-01073 LHK, an action currently pending before Judge Koh.

**IT IS SO ORDERED.**

Dated:  December 11, 2012

　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　United States District Judge