UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS,<br><br>           Plaintiff,<br>v.<br>WACHOVIA MORTGAGE CORP., et al.,<br><br>           Defendants. | Case No.: 10-CV-01073-LHK<br>           12-CV-05947-LHK<br><br>ORDER DENYING DEFENDANTS' MOTION FOR AWARD OF PRE-BANKRUPTCY ATTORNEY'S FEES WITHOUT PREJUDICE |

On February 1, 2013, the United States Bankruptcy Court imposed an automatic stay in the Chapter 11 bankruptcy case of Plaintiff Laura Gens ("Plaintiff"), in the matter entitled *In re Laura Gens*, United States Bankruptcy Court for the Northern District of California, Case No. 13-50106-ASW. *See* ECF NO. 103 ("Notice of Automatic Stay"). The "automatic stay" pursuant to 11 U.S.C. § 362 operates as an automatic stay of the continuation of a "judicial, administrative, or other action or proceeding" against the debtor, 11 U.S.C. § 362(a)(1), as well as an automatic stay of acts to "collect, assess, or recover a claim" against the debtor arising prior to the application date for the automatic stay, 11 U.S.C. § 362(a)(6). The automatic stay will remain in effect until April 15, 2013, pending a ruling on Plaintiff's motion to impose the automatic stay. Notice of Automatic Stay at 2.

Currently before the Court is Defendants' Motion for the Award of Pre-Bankruptcy Attorney's Fees. *See* ECF No. 89 ("Motion"). This Motion is subject to the automatic stay as it is

1

Case No.: 10-CV-01073-LHK
           12-CV-05947-LHK
ORDER DENYING DEFENDANTS' MOTION FOR AWARD OF PRE-BANKRUPTCY ATTORNEY'S FEES WITHOUT PREJUDICE

a judicial proceeding and an act to "collect, assess, or recover a claim" against Plaintiff within the meaning of 11 U.S.C. § 362.

In light of this stay, the Court DENIES Defendants' Motion for the Award of Pre-Bankruptcy Attorney's Fees without prejudice. Defendants shall re-file their Motion after the bankruptcy stay is lifted. Once re-filed, the Court will grant Defendants an expedited hearing date.

**IT IS SO ORDERED.**

Dated: February 5, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-01073-LHK
         12-CV-05947-LHK
ORDER DENYING DEFENDANTS' MOTION FOR AWARD OF PRE-BANKRUPTCY ATTORNEY'S FEES WITHOUT PREJUDICE