1
2
3
4
5
6
7
8
9
10

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS, | )   Case No.: 10-CV-01073-LHK |
|                  Plaintiff, | )               12-CV-05947-LHK |
|     v. | )   ORDER TO FILE JOINT STATUS |
| WACHOVIA MORTGAGE CORP., et al., | )   REPORT |
|                 Defendants. | ) |

On January 28, 2013, this Court related *Gens v. Cal-Western Reconveyance et al*., 12-CV-05947-EJD, to the earlier filed *Gens v. Wachovia Mortgage Corp. et al.*, 10-CV-01073-LHK. ECF No. 39. At the time that *Gens v. Cal-Western Reconveyance et al*., 12-CV-05947-EJD, was reassigned to this Court, Defendants had a pending Motion to Dismiss, ECF No. 10, Motion for Joinder, ECF No. 13, and Motion for Remand, ECF No. 14.

On February 1, 2013, the United States Bankruptcy Court imposed an automatic stay in the Chapter 11 bankruptcy case of Plaintiff Laura Gens ("Plaintiff"), in the matter entitled *In re Laura Gens*, United States Bankruptcy Court for the Northern District of California, Case No. 13-50106-ASW. *See* ECF NO. 103 ("Notice of Automatic Stay"). The "automatic stay" pursuant to 11 U.S.C. § 362 operated as an automatic stay of the continuation of a "judicial, administrative, or other action or proceeding" against the debtor, 11 U.S.C. § 362(a)(1), as well as an automatic stay of acts to "collect, assess, or recover a claim" against the debtor arising prior to the application date

1

for the automatic stay, 11 U.S.C. § 362(a)(6).  The automatic stay was to remain in effect until April 15, 2013, pending a ruling on Plaintiff's motion to impose the automatic stay.  Notice of Automatic Stay at 2.

By June 3, 2013, the parties shall file a joint status report regarding the status of these federal court cases in light of Plaintiff's Chapter 11 bankruptcy case, including whether any stay is currently in effect.

**IT IS SO ORDERED.**

Dated:  May 14, 2013

LUCY H. KOH
United States District Judge

Case No.: 10-CV-01073-LHK
          12-CV-05947-LHK
ORDER TO FILE JOINT STATUS REPORT