**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA GENS, | ) Case No.: 12-CV-05947-LHK |
| | ) Related Case No.: 10-CV-01073-LHK |
| Plaintiff, | ) |
| v. | ) ORDER REGARDING PENDING |
| | ) MOTIONS |
| CAL-WESTERN RECONVEYANCE | ) |
| CORPORATION, WELLS FARGO, and | ) |
| DOES 1-20, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

      On October 24, 2012, Plaintiff Laura Gens ("Plaintiff" or "Ms. Gens"), proceeding *pro se*, brought this action against Defendants Wells Fargo ("Wells Fargo") and Cal-Western Reconveyance Corporation ("Cal-Western") (collectively "Defendants") in connection with the default and foreclosure proceedings on her property located at 4141 Old Trace Road, Palo Alto, California. Currently pending before the Court are three motions: (1) Wells Fargo's Motion to Dismiss, ECF No. 10; (2) Cal-Western's Motion for Joinder, ECF No. 13; and (3) Plaintiff's Motion to Remand, ECF No. 14.

      On June 25, 2013, EC Closing Corp., formerly Cal-Western, filed for bankruptcy under Chapter 11 of the United States Bankruptcy Code for the District of Delaware, Case No. 13-11619. Accordingly, all proceedings against it—including the Motion to Remand and the Motion for Joinder—are STAYED pursuant to 11 U.S.C. § 362. *See* ECF No. 46.

1

Case No.: 12-CV-05947-LHK
Related Case No.: 10-CV-01073-LHK
ORDER REGARDING PENDING MOTIONS

On July 8, 2013, Plaintiff filed a notice of voluntarily dismissal against defendant Wells Fargo without prejudice.[1]  ECF No. 48.  Accordingly, the Court DENIES as moot Wells Fargo's Motion to Dismiss.

The hearing and case management conference currently set for July 11, 2013, is hereby VACATED.  The Clerk shall close the file as to Defendant Wells Fargo and administratively close the file as to Defendant Cal-Western/EC Closing Corp.

**IT IS SO ORDERED.**

Dated: July 8, 2013

_____
LUCY H. KOH
United States District Judge

---

[1] Although Plaintiff's Notice of Voluntary Dismissal is dated December 19, 2012, the Court notes that the Notice was filed on July 8, 2013, and the Certificate of Service is dated July 8, 2013.  *See* ECF No. 48.  Accordingly, the Court construes this Notice of Voluntary Dismissal based on the date that it was actually filed—July 8, 2013.

2
Case No.: 12-CV-05947-LHK
Related Case No.: 10-CV-01073-LHK
ORDER REGARDING PENDING MOTIONS